**2022-1312, 22-2171**

In the

# United States Court of Appeals

for the

# Federal Circuit

TRAEGER PELLET GRILLS LLC,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

GMG PRODUCTS LLC,
*Intervenor*

———

GMG PRODUCTS LLC,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

———

*Appeals from the United States International Trade Commission in Investigation No. 337-TA-1237*

**APPELLANT TRAEGER PELLET GRILLS LLC'S MOTION TO DECONSOLIDATE AND DISMISS APPEAL NO. 2022-1312**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant Traeger Pellet Grills LLC hereby moves to deconsolidate and dismiss the above-captioned lead appeal (No. 2022-1312) from the determination of the United States International Trade Commission in Investigation No. 337-TA-1237, with each side bearing its own attorney's fees and costs relevant to the appeal. Traeger has contacted all parties to request their positions on this motion. Counsel for Appellee International Trade Commission represented that the Commission does not oppose this motion and will not file a response. As of the time of filing, Intervenor GMG Products LLC had not yet taken a position.

Dated: September 27, 2022     /s/ Charles M. McMahon

| | |
|---|---|
| Jay H. Reiziss | Charles M. McMahon |
| MCDERMOTT WILL & EMERY LLP | Michael P. Chu |
| 500 North Capitol Street, Northwest | Amol Parikh |
| | Thomas M. DaMario |
| Washington, DC 20001 | MCDERMOTT WILL & EMERY LLP |
| (202) 756-8000 | 444 West Lake Street, Suite 4000 |
| | Chicago, IL 60606 |
| | (312) 372-2000 |

*Counsel for Appellant Traeger Pellet Grills LLC*

# CERTIFICATE OF INTEREST

Counsel for Appellate Traeger Pellet Grills LLC certifies the following:

1. The full name of every party or amicus curiae represented by me is:

   Traeger Pellet Grills LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

   McDermott Will & Emery LLP: Michael P. Chu, Jay H. Reiziss, Charles M. McMahon, Amol Parikh, Thomas M. DaMario, James M. Oehler, Ewa A. Wojciechowska, Colin J. Staler.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b).

>   *Traeger Pellet Grills LLC v. GMG Products LLC*, No. 2:20-cv-02161-MMD-DJA (D. Nev.)

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). See Fed. Cir. R. 47.4(a)(6).

>   None.

Dated: September 27, 2022

Respectfully submitted,

*/s/ Charles M. McMahon*
Charles M. McMahon
McDermott Will & Emery LLP

*Counsel for Appellant Traeger Pellet Grills LLC*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS**

Pursuant to Federal Circuit Rule 32(b)(1), I certify that the foregoing motion, prepared using proportionally-spaced 14-point Book Antiqua font, consists of 105 words as counted by Microsoft® Word, which was used to generate this brief.

Dated: September 27, 2022         */s/ Charles M. McMahon*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 27, 2022  /s/ *Charles M. McMahon*