**2022-1312, 22-2171**

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

TRAEGER PELLET GRILLS LLC,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

GMG PRODUCTS LLC,
*Intervenor*

_____

GMG PRODUCTS LLC,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

_____

*Appeals from the United States International Trade Commission, Investigation No. 337-TA-1237*

## GMG PRODUCTS LLC'S RESPONSE TO MOTION TO INTERVENE IN APPEAL NO. 2022-2171

GMG Products LLC does not oppose the motion of Traeger Pellet Grills LLC to intervene in Appeal No. 2022-2171.

RESPECTFULLY SUBMITTED October 7, 2022.

/s/ *David A. Lowe*
David A. Lowe
Lawrence D. Graham
LOWE GRAHAM JONES<sup>PLLC</sup>
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

Andrew F. Pratt
DEVLIN LAW FIRM<sup>LLC</sup>
1526 Gilpin Avenue
Wilmington, DE 19806
T: 302.449.9010
F: 302.353.4251

*Counsel for GMG Products LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2022-2171

**Short Case Caption** GMG Products LLC v. ITC

**Filing Party/Entity** GMG Products LLC

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/13/2022

Signature: s/David A Lowe

Name: David A Lowe

**CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATION**

I certify that the foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally-spaced typeface and contains 19 words.

DATED October 7, 2022  /s/ *David A. Lowe*
David A. Lowe

**CERTIFICATE OF SERVICE**

I certify I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED October 7, 2022 /s/ *David A. Lowe*
David A. Lowe