NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GMG PRODUCTS LLC,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**TRAEGER PELLET GRILLS LLC,**
*Intervenor*

---

2022-2171

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1237.

-------------------------------------------------

**TRAEGER PELLET GRILLS LLC,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**GMG PRODUCTS LLC,**
*Intervenor*

---

2022-1312

———————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1237.

———————

**ON MOTION**

———————

**O R D E R**

Traeger Pellet Grills LLC moves unopposed to deconsolidate the above-captioned appeals and dismiss Appeal No. 2022-1312. Traeger also moves unopposed to intervene in the remaining appeal, Appeal No. 2022-2171.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions, ECF Nos. 16 and 17, are granted. Appeal No. 2022-1312 is dismissed. The revised official caption and short caption for the remaining appeal, Appeal No. 2022-2171, are reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2022-1312.

(3) GMG Products LLC's opening brief is due no later than 60 days from the date of filing of this order. The Commission's and Traeger's briefs are due no later than 40 days

from the date of filing of GMG's opening brief.

FOR THE COURT

October 18, 2022               /s/ Peter R. Marksteiner
    Date                   Peter R. Marksteiner
                                      Clerk of Court

ISSUED AS A MANDATE (as to 2022-1312 only):
October 18, 2022